**UNITED STATES of America, Plaintiff-Appellee**

v.

**Vicente SANTANA-ALONSO, also known as Hugo Saldana-Ventura, also known as Manuel Ortiz-Chavez, also known as Alonso Guillermo, Defendant-Appellant**

**No. 17-40502**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed January 18, 2018

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Vicente Santana-Alonso, Pro Se

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Vicente Santana-Alonso has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Santana-Alonso has filed an untimely response, which we construe as a motion for leave to file an out-of-time response and

---

GRANT. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Santana-Alonso's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.